IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTOPHER KNOX,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DR. MARVIN POWERS, and** )<br>**TERRY CALIPER, R.N.,** )<br>)<br>Defendants. ) | Civil No. **09-341-DRH-CJP** |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion to Compel. **(Doc. 54)**. Defendants filed responses at **Docs. 55 & 58.**

Plaintiff is seeking responses to his requests for production. Defendants Powers sought and was granted an extension of time in which to respond to the requests. **See, Doc. 53.** Defendant Caliper's response to the motion states that she timely responded. **See, Doc. 55**.

In a "reply" to defendant Caliper's response, **Doc. 61**, plaintiff complains for the first time that Caliper did not produce all of the requested documents. It is evident from Caliper's responses, attached to **Doc. 55**, that she objected to some of plaintiff's discovery requests. Plaintiff cannot challenge the propriety of defendant's objections by way of a reply. Rather, if he wants the Court to rule on the objections, he must file a motion to compel raising that issue, to which defendant may then respond.

For the foregoing reasons, plaintiff's Motion to Compel **(Doc. 54)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE:  May 19, 2010.**          s/ Clifford J. Proud
                                    **CLIFFORD J. PROUD**
                                    **UNITED STATES MAGISTRATE JUDGE**