IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTOPHER KNOX,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil No. **09-341-DRH-CJP** |
| **DR. MARVIN POWERS, and** | ) |
| **TERRY CALIPER, R.N.,** | ) |
| | ) |
| Defendants. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion to Compel. **(Doc. 56)**. Defendants filed responses at **Docs. 58 & 59.**

Plaintiff is seeking responses to his interrogatories. Defendants Powers sought and was granted an extension of time in which to respond to the interrogatories. **See, Doc. 53.** Defendant Caliper's response to the motion establishes that she served timely answers. **See, Doc. 59**.

For the foregoing reasons, plaintiff's Motion to Compel **(Doc. 56)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE:** May 19, 2010.

> s/ Clifford J. Proud
> **CLIFFORD J. PROUD**
> **UNITED STATES MAGISTRATE JUDGE**